No. 815. E. L. VICKERS ET AL., PETITIONERS, v. THE UNITED STATES. May 3, 1909. Petition for a writ of cer-

tiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. William W. Flournoy* for petitioners. *The Attorney General* and *The Solicitor General* for the respondents.